No. 320, Misc.   NORRIS *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.   Motion for leave to file petition for writ of habeas corpus denied.   Petitioner *pro se.   J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 593.   PERPETUAL BUILDING & LOAN ASSN. *v.* SERIES DIRECTORS OF EQUITABLE BUILDING & LOAN ASSN. ET AL.   C. A. 4th Cir.   Certiorari denied.   *Edward W. Mullins* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the Federal National Mortgage Association; and *Edgar L. Morris* for C. W. Haynes & Co., Inc. et al., respondents.

No. 626.   KORMUTH *v.* UNITED STATES STEEL CO. ET AL. Supreme Court of Pennsylvania, Western District.   Certiorari denied.   *W. Bertram Waychoff, Joseph F. Mc- Veigh, Francis J. Myers* and *Cornelius C. O'Brien* for petitioner.   *Charles E. Kenworthey* for the United States Steel Co.; and *Charles M. Thorp, Jr.* and *W. C. Montgomery* for the Hillman Coal & Coke Co. et al., respondents.

No. 632.   LLOYD *v.* CAMPBELL, EXECUTOR, ET AL.   Supreme Court of Ohio.   Certiorari denied.   *Paul Thomas Key* for petitioner.   *Ralph Stickle* and *George Q. Keeley* for Lloyd, respondent.

No. 633.   DESMOND *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Jacob Rassner* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger,*